# GUITTARD & HYDEN
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

1330 TWO ENERGY SQUARE

4849 GREENVILLE AVENUE

DALLAS, TEXAS 75206

JOE BAILEY HYDEN
BOARD CERTIFIED (1978) - CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/17/2015 4:23:14 PM
CATHY S. LUSK
Clerk

July 17, 2015

Via Electronic Filing
Cathy S. Lusk
Clerk, Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, Texas 75702

Re: Case Number :          12-15-00117-CV
Trial Court Case Number :  10-00927

Style :  Southern Methodist University
         v.
         Rio Brazos Energy Co.

Dear Ms. Lusk :

- The above case has been settled.
- Attached for submission to the Court of Appeals is an AGREED MOTION TO SET ASIDE THE TRIAL COURT'S JUDGMENT allowing the parties to submit an agreed order to the Trial Court.
- All parties express our appreciation to the Court and to you and to your staff for your assistance.

Yours truly :

Joe Bailey Hyden
Guittard & Hyden, P.C.
1330 Two Energy Square
4849 Greenville Avenue
Dallas, Texas 75206
Telephone 214/692-7866
Fax 214/692-7897
joehyden@hotmail.com
State Bar No. 10373000

cc : Via Electronic Filing and Via Fax 1-903-567-6033
R. Paul Elliott
R. Paul Elliott, Attorney At Law, P.C.
128 E. Dallas Street,
Canton, Texas 75103
State Bar No. 24008606
903.567.4141
State Bar No. 24008606
FAX: 903.567.6228
rpe@elilaw.co

Page 1 of  1